# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0097

VERSUS

ANTHONY WATTS                                         **MAY 1 2 2020**

---

In Re:    Anthony Watts, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          Unknown.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the copy of the writ of habeas corpus filed with the district court, the docket number, the name of the presiding judge, the date of his arrest, date of birth, any pertinent minute entries, and any other portions of the district court record necessary for this court to fully review the merits of his application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 24, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
          FOR THE COURT